# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARY M. MAULSBY,**

    **Plaintiff,**

**vs.**                                       **Case No. 4:06cv365-WS/WCS**

**JO ANN B. BARNHART,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

The *pro se* Plaintiff previously filed a response, doc. 7, to an order entered on November 21, 2006, advising Plaintiff that "no record activity [had] occurred" in this case. Doc. 6. Plaintiff was reminded that she was required to serve the complaint on Defendant within 120 days from the August 7, 2006, service order. Plaintiff's response did not comply with court rules, doc. 7, and another order was entered which, once again, explained what Plaintiff must do to serve the complaint and also provided greater clarification on the proper way to file documents in this Court. Doc. 9.

More importantly, that order directed Plaintiff to **immediately** serve the complaint on Defendant and to demonstrate to the Court by December 20, 2006, that she

complied.  *Id.*  No response to that order has been received.  Plaintiff was warned that failure to comply with the order might result in a recommendation of dismissal of this action.  Doc. 9.

Plaintiff has the burden of going forward with, and prosecuting, her case.  She has apparently abandoned this matter.  A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991).  Because Plaintiff has not demonstrated a desire to prosecute this case and has failed to comply with court orders, this case should now be dismissed.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** for failure prosecute, failure to serve the complaint within 120 days, and failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on January 18, 2007.


 s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**