IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MARY M. MAULSBY,

       Plaintiff,

v.                                                         4:06cv365-WS

JO ANN B. BARNHART,
Commissioner of the Social
Security Administration,

       Defendant.

_____

## ORDER OF DISMISSAL

     Before the Court is the Magistrate Judge's Report and Recommendation (doc. 10) docketed January 18, 2007.  The magistrate judge recommends that the case be dismissed for failure to prosecute.

     Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

     2.  This case is hereby DISMISSED without prejudice for failure to prosecute.

     3.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this __15th__ day of __February__, 2007.


                     s/ William Stafford
                     WILLIAM STAFFORD
                     SENIOR UNITED STATES DISTRICT JUDGE